

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Richard Manning, Tammy Manning, and
All Occupants of 1036 Sunset, Waco, TX
76704, Appellants

No. 06-21-00010-CV      v.

Mae Johnson and Pat Williams, Appellees

Appeal from the County Court at Law No.
2 of McLennan County, Texas (Tr. Ct. No.
20200238CV2). Opinion delivered by
Justice Stevens, Chief Justice Morriss and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We dismiss all arguments made by Richard Manning that relate to the issue of possession of the Property for want of jurisdiction and affirm the trial court's awards to Mae Johnson and Pat Williams of past due rent and attorney fees.

We note that appellant, Richard Manning, adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 9, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk